# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-5197                      September Term, 2024

1:24-cv-02086-APM

Filed On: January 24, 2025

Bahig F. Bishay, Private Attorney General,

         Appellant

         v.

Trevor Neil McFadden, Solely in individual
capacity, et al.,

         Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**     Thacker* and Erickson**, Circuit Judges; and Sack***, Senior
Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief lodged by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the emergency motion to expedite ruling, the motions to certify questions of law, the motion to exceed word limits, the motion for leave to accept appendix, and the motions for other relief, it is

**ORDERED AND ADJUDGED** that the district court's dismissal of this case with prejudice be affirmed for the reasons stated in the district court's memorandum opinion in *Bishay v. McFadden*, No. 1:24-cv-02086 (D.D.C. July 30, 2024). It is

**FURTHER ORDERED** that appellant's motion to exceed word limits and motion for leave to accept the appendix be granted. It is

**FURTHER ORDERED** that appellant's motion to expedite ruling be dismissed as moot. It is

---

\* Of the Fourth Circuit, sitting by designation.
\** Of the Eighth Circuit, sitting by designation.
\*** Of the Second Circuit, sitting by designation.

**FURTHER ORDERED** that appellant's motions to certify questions of law to the United States Supreme Court be denied.   It is

**FURTHER ORDERED** that all other motions filed by appellant be denied.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk